# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132866

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JAMIE CATHERINE SHALLAL,
     Defendant-Appellant.

SC: 132866
COA: 273934
Oakland CC: 2004-199494-FC

_____/

     On order of the Court, the application for leave to appeal the November 21, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

Clerk

p0416